IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JALIN SCOTT,<br><br>Defendant. | **8:24CR152**<br><br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 29).   The Court has carefully reviewed the record in this case and finds as follows:

1.      On April 17, 2025, defendant Jalin Scott ("Scott") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation.   Count I charged Scott with transfer of a firearm to a felon; in violation of 18 United States Code sections 922(d) and 924(a)(8).

2.      The Forfeiture Allegation sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of an Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80.40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; and a Polymer 80 9mm handgun as "firearms and ammunition involved in the commission of the offense."

3.      It has come to the attention of Counsel that two magazines were also seized from Scott and included in the Plea Agreement signed by him, to-wit: a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition.

4.      Based on Scott's guilty plea and admission, Scott forfeits his interest in the firearms, ammunition, and accessories involved in the commission of the offense including, but not limited to the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80.40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

5.      The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1.      The government's Motion for Preliminary Order of Forfeiture (Filing No. 29) is granted.

2.      Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Scott's guilty plea and admission, the government is hereby authorized to seize any firearms, ammunition, and accessories involved in the commission of the offense including, but not limited to Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80.40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition.

3.      Scott's interest in the firearms, ammunition, and accessories involved in the commission of the offense including, but not limited to the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial

number A551265; a Polymer 80.40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition, is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.      The firearms, ammunition, and accessories involved in the commission of the offense including, but not limited to the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80.40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition, are to be held by the government in its secure custody and control.

5.      Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the firearms, ammunition, and accessories involved in the commission of the offense including, but not limited to the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80.40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition, in such manner as the Attorney General may direct, and notice that any person, having or claiming a legal interest in the firearms, ammunition, and accessories involved in the commission of the offense including, but not limited to the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80.40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number

FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.    The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the firearms, ammunition, and accessories involved in the commission of the offense including, but not limited to the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80.40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the firearms, ammunition, and accessories involved in the commission of the offense including, but not limited to the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80.40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition, and any additional facts supporting the Petitioner's claim and the relief sought.

7.    The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the firearms, ammunition, and accessories involved in the commission of the offense including, but not limited to the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80.40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana

style magazine with sixteen (16) live .22-caliber rounds of ammunition, as a substitute for published notice as to those persons so notified.

8.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 21st day of April 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge