IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JALIN SCOTT,<br><br>                Defendant. | 8:24CR152<br><br>FINAL ORDER<br>OF FORFEITURE |

      This matter is before the Court on the government's Amended Motion for Final Order of Forfeiture (Filing No. 38). The Court has carefully reviewed the record in this case and finds as follows:

      1.    On April 21, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 30) forfeiting defendant Jalin Scott's interest in the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80 .40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun, a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition.

      2.    A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, [www.forfeiture.gov](www.forfeiture.gov), for at least thirty consecutive days, beginning on April 26, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 26, 2025 (Filing No. 36).

3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Amended Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Amended Motion for Final Order of Forfeiture (Filing No. 38) is granted.

2. All right, title and interest in and to the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80 .40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition held by any person or entity are forever barred and foreclosed.

3. The Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80 .40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition are forfeited to the government.

4. The government is directed to dispose of the Anderson Manufacturing AM-15 multi-caliber rifle, serial number 21174648; a Polymer 80 .40-caliber handgun; a Norinco SKS 7.62-caliber rifle, serial number 1401925; a German Sports Guns GSG-522 .22-caliber rifle, serial number A551265; a Polymer 80 .40-caliber handgun; a Smith & Wesson SD9VE 9 mm handgun, serial number FCX2228; a Polymer 80 9mm handgun; a black, .40-caliber

Glock handgun magazine with four (4) live rounds of .40-caliber ammunition; and a ProMag Banana style magazine with sixteen (16) live .22-caliber rounds of ammunition in accordance with law.

Dated this 22nd day of July 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge